**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Leilani Rodriguez, | Case No. 2:24-cv-10137-AH-(MAAx) |
|     Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| Capital One Auto Finance, | |
|     Defendant. | |

    For the reasons stated in the separate order of dismissal entered on August 15, 2025, this action is dismissed without prejudice.

    This is a final judgment.

Dated: August 21, 2025

                      HON. ANNE HWANG
                      UNITED STATES DISTRICT JUDGE